**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Kevin Alexander** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: B. Young** |
| **FREDRICK NEAL WHITE** | |
| **counsel: Jenniffer Horan** | |
| **counsel:** | **Date: June 5, 2007** |

**CASE NO: 4:97CR0197-01-WRW**

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 2:00 p.m.**                                                                                            **End: 2:30 p.m.**

**Court calls case and reviews to present; deft admits alleged violations; Court finds violation occurred; deft counsel and gov't make statements to Court;  sentence imposed; 15 MONTHS BOP plus 75 days on unserved residential re-entry center; 24 months supervised release to follow; deft remanded into custody of U.S. Marshal; BOP Texarkana recommendation.**

**Amended J&C to be entered.**

**Court in recess.**