IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 5 2007

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES OF AMERICA

vs                              4:97CR00197-01-WRW

FREDRICK NEAL WHITE

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

It is further ordered that the defendant be committed to the custody of the Bureau of Prisons for imprisonment for a term Of fifteen (15) months plus 75 days of unserved residential re-entry center. The defendant is to participate in nonresidential substance abuse treatment during incarceration. The defendant is remanded into the custody of the United States Marshal for designation to a Bureau of Prisons facility. The Court recommends Mr. White be placed at the BOP facility in Texarkana, Texas.

The defendant is to be placed on supervised release for a total of twenty four (24) months following incarceration. The defendant shall participate under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or

residential treatment.  Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

The remaining portions of the Judgment and Commitment entered in this case on June 24, 1998 remain in full force and effect.

Attached to this Amended Judgment & Commitment is a redacted copy of Mr. White's Social Security Card and Arkansas Drivers License verifying the defendant's name to be: FREDDIE NEAL WHITE.

IT IS SO ORDERED this 5th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE


